## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORHTERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | Case No. 5:10-cv-00124 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLIE BROOKS WELLS |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE NANCY A. |
| | ) | VECCHIARELLI |
| RADISSON, AKRON CITY CENTRE | ) | |
| HOTEL, | ) | **NOTICE OF STIPULATED** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

NOW COME all parties, Defendant Downtown Hotel Company, Ltd, d/b/a Akron City

Centre Hotel, and Plaintiff Shawn Pouliot, by and through counsel, pursuant to Fed. R. Civ. Proc.

41(a)(1)(A)(ii) and hereby stipulate to the settlement and dismissal of this action WITH

PREJUDICE.  The parties shall bear their own costs.  The Court shall retain jurisdiction to

enforce the parties' Settlement Agreement.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

/s/ Donald J. Malarcik

DONALD J. MALARCIK (0061902)
The Gothic Building
54 E. Mill Street, Suite 400
Akron, Ohio 44308
(330) 253-0785

Attorney for Plaintiff,
**Shawn Pouliot**

/s/ Stephen S. Zashin

**Stephen S. Zashin (ssz@zrlaw.com) #0064557**
**B. Jason Rossiter (bjr@zrlaw.com) #0069775**
**George S. Crisci (gsc@zrlaw.com) #0006325**
55 Public Square, 4th Floor
Cleveland, OH 44113
T:  216/696-4441
F:  216/696/1618

Attorneys for Defendant
**Downtown Hotel Company, Ltd., d/b/a Akron City Centre Hotel**

## CERTIFICATE OF SERVICE

I certify that on December 31, 2010, I electronically filed the foregoing "*Notice of Stipulated Dismissal with Prejudice.*"  All parties will receive service of this document through the Court's CM/ECF electronic filing system and may access the document through that system.


/s/ George S. Crisci
**One of the Attorneys for Defendant Downtown  Hotel  Company,  Ltd.,  d/b/a Akron City Centre Hotel**