IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

SHAWN POULIOT,

                Plaintiff,

      -vs-

RADISSON, AKRON CITY CENTER HOTEL,

                Defendant.

CASE NO. 5:10 CV 00124

ORDER OF DISMISSAL WITH PREJUDICE

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter is before the Court on the parties' notice of dismissal with prejudice of all parties and all claims, pursuant to Federal Rule 41(a)(1)(A)(ii). This matter is hereby dismissed with prejudice, with the parties to bear their own costs. The Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

                                                /s/ Lesley Wells
                                            UNITED STATES DISTRICT JUDGE

Date: 3 January 2011